**DeSISTO COLLEGE, INC. and Loren E. Horner, Plaintiffs–Appellants**

v.

**Thomas P. LINE, et al., Defendants–Appellees.**

**No. 89–3133.**

United States Court of Appeals, Eleventh Circuit.

Nov. 15, 1989.

Michael B. Roitman, Evan Slavitt, Roderick MaCleish, Jr., Fine & Ambrogne, Bos-

---

ton, Mass., Richard B. Warren, Fleming, Haile & Shaw, P.A., N. Palm Beach, Fla., Stephen H. Durant, Martin, Ade, Birchfield & Mickler, P.A., Jacksonville, Fla., Jackson O. Brownlee, Tavares, Fla., for plaintiffs-appellants.

Keith R. Mitnik, John M. Robertson, J. Stephen McDonald, Robertson & Williams & Mitnik, Orlando, Fla., for defendants-appellees.

Before FAY and HATCHETT, Circuit Judges, and ALLGOOD *, Senior District Judge.

PER CURIAM:

The judgment of the district court is AFFIRMED based upon and for the reasons set forth in the exhaustive and scholarly Opinion and Order found at 706 F.Supp. 1479 (M.D.Fla.1989).